KENNEDY v. FLYNN et al. (Supreme Court, Appellate Division, Second Department. December 3, 1909.) Action by Michael J. Kennedy, as executor, etc., of Michael J. Coffey, deceased, against Patrick H. Flynn and others.
PER CURIAM. Order reversed, with $10 costs and disbursements, and account directed

to be supplemented and amended in the particulars stated in the notice of motion, with leave to substitute other means of identification, if the occupation and business address or residence of the persons to whom the defendant Flynn claims to have made payments be not known, and it be so stated.